FILED

MAR 17 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 1:19-CR-00186-1-ADA |
| Plaintiff, ) | **O R D E R** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| LESTER E. CARDENAS FLORES, ) | |
| Defendant. ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

justice and pursuant to the U.S. Const., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Alekxia L. Torres be appointed to represent the above

defendant in this case effective *nunc pro tunc* to March 16, 2023.

This appointment shall remain in effect until further order of this court, or until the

pending criminal matter and any direct appeal is resolved, whichever is first.

DATED:  3/16/2023

HON. ERICA P. GROSJEAN
United States Magistrate Judge