PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESTER EDUARDO CARDENAS FLORES,<br><br>Defendant. | CASE NO. 1:19-CR-00186-ADA-BAM<br><br>STIPULATION TO CONTINUE; ORDER<br><br>DATE: April 27, 2023<br>TIME: 11:00 a.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on April 27, 2023.

2. By this stipulation, defendants now move to continue the status conference until June 14, 2023.

3. The parties agree and stipulate to the following:

    a) Counsel for defendant is currently involved in a lengthy jury trial and desires additional time to review discovery, conduct further investigation, and discuss potential resolution.

    b) The government does not object to the continuance.

    c) The probation officer is available on the proposed new date.

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated: April 24, 2023                               PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ KAREN A. ESCOBAR
                                                    KAREN A. ESCOBAR
                                                    Assistant United States Attorney

Dated: April 24, 2023                               /s/ Alekxia Torres Stallings
                                                    ALEKXIA TORRES STALLINGS
                                                    Counsel for Defendant
                                                    LESTER EDUARDO CARDENAS
                                                    FLORES

## **ORDER**

IT IS SO ORDERED that the status conference is continued from April 27, 2023, to **June 14, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  **April 24, 2023**                          /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2