PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00186-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE; ORDER |
| v. | DATE: June 14, 2023 |
| LESTER EDUARDO CARDENAS FLORES, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.  By previous order, this matter was set for status on June 14, 2023.

2.  By this stipulation, defendants now move to continue the status conference until July 5, 2023 at 2 p.m..

3.  The parties agree and stipulate to the following:

    a)  Counsel for defendant was involved in a lengthy jury trial and desires additional time to meet with her client to discuss a potential resolution.

    b)  The government does not object to the continuance.

    c)  The probation officer is available on the proposed new date.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated: June 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: June 12, 2023

/s/ Alekxia Torres Stallings
ALEKXIA TORRES STALLINGS
Counsel for Defendant
LESTER EDUARDO CARDENAS FLORES

## **ORDER**

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **July 5, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated: **June 12, 2023**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE