PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00186-ADA-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE; |
| LESTER EDUARDO CARDENAS FLORES, | DATE: July 5, 2023 TIME: 2:00 p.m. COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status on July 5, 2023.

2.      By this stipulation, defendants now move to continue the status conference until July 26, 2023 at 2 p.m.

3.      The parties agree and stipulate to the following:

        a)      Counsel for defendant anticipates a potential resolution by July 26, 2023 and needs additional time to meet with her client.

        b)      The government does not object to the continuance.

        c)      The probation officer is available on the proposed new date.

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    IT IS SO STIPULATED.

2
Dated:  June 28, 2023                          PHILLIP A. TALBERT
3                                              United States Attorney

4
                                               /s/ KAREN A. ESCOBAR
5                                              KAREN A. ESCOBAR
                                               Assistant United States Attorney
6

7
Dated:  June 28, 2023                          /s/ Alekxia Torres Stallings
8                                              ALEKXIA TORRES STALLINGS
                                               Counsel for Defendant
9                                              LESTER EDUARDO CARDENAS
                                               FLORES
10

11

12                                **ORDER**

13
     IT IS SO ORDERED.
14

15

16   DATED:     6/29/2023         *Sheila K. Oberto*
17                                SHEILA K. OBERTO
                                  UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28