**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
**Lester Eduardo Cardenas Flores**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Lester Eduardo Cardenas Flores**,<br><br>Defendants. | Case No.  1:19-cr-00186-ADA-BAM<br><br><br>STIPULATION AND ORDER TO<br>CONTINUE THE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND KAREN ESCOBAR ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Lester Eduardo Cardenas Flores, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Monday, August 14, 2023, be continued to Monday, August 21, 2023. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the matter.

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 31, 2023

*/s/ Alexkia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
Lester Eduardo Cardenas Flores

DATED: July 31, 2023

*/s/ Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

# ORDER

IT IS SO ORDER that the sentencing currently set for Monday, August 14, 2023, be continued to Monday, August 21, 2023.

IT IS SO ORDERED.

Dated:   July 31, 2023

UNITED STATES DISTRICT JUDGE

2